| | |
|---|---|
| 1  GARY P. LIGHTMAN, ESQ.<br>   GLENN A MANOCHI, ESQ.<br>2  LIGHTMAN, MANOCHI & CHRISTENSEN<br>   1520 Locust Street, 12th Floor<br>3  Philadelphia, PA 19102<br>   Telephone:  (215) 545-3000<br>4  Facsimile:  (215) 545-3001<br>   E-mail:  gmanochi@lightmanlaw.com | FILED<br>2006 OCT 17  AM 8:20<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

STEPHEN M. SPINELLA [SBN 144732]
SOLOMON, GRINDLE, SILVERMAN & SPINELLA
A Professional Corporation
12555 High Bluff Drive, Suite 260
San Diego, California 92130
Telephone: (858) 793-8500
Facsimile: (858) 793-8263

Attorneys for Defendant/Counterclaim Plaintiff/
Third Party Defendant
EQUIPMENT SYSTEMS AND DEVICES, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZ, INC., a California Corporation,<br><br>         Plaintiff,<br><br>v.<br><br>SCHLUMBERGER DANYL, INC., a Delaware Corporation; EQUIPMENT SYSTEMS AND DEVICES, INC., a Pennsylvania Corporation,<br><br>         Defendants. | Case No. 04 CV 1231 JM (CAB)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge:     Hon. Jeffrey T. Miller<br>Courtroom:  6 |
| EQUIPMENT SYSTEMS AND DEVICES, INC., a Pennsylvania Corporation,<br><br>         Counterclaim Plaintiff,<br><br>v.<br><br>LORENZ, INC., a California Corporation,<br><br>         Counterclaim Defendant. | |

ORIGINAL

| | |
|---|---|
| 1 | |
| 2 | SCHLUMBERGER DANYL, INC., a Delaware Corporation, |
| 3 | Third Party Plaintiff, |
| 4 | v. |
| 5 | EQUIPMENT SYSTEMS AND DEVICES, INC., a Pennsylvania Corporation, |
| 6 | |
| 7 | Third Party Defendants. |

10  Plaintiff Lorenz, Inc. ("Plaintiff") and Defendants Schlumberger Danyl, Inc. ("SDI") and Equipment Systems and Devices, Inc. ("ESD") enter into this Stipulation of Dismissal of Claims with Prejudice as follows:

13  1. Plaintiff stipulates and agrees that Counts II through IX of Plaintiff's Second Amended Complaint in this lawsuit against SDI and ESD are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

16  2. ESD stipulates and agrees that its Counterclaims asserted against Plaintiff in this lawsuit are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

18  3. SDI stipulates and agrees that its Third Party Complaint in this lawsuit against ESD is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: October 5, 2006

NOORIGIAN & ASSOCIATES, P.C.

_Kenneth C. Noorigian_
Kenneth C. Noorigian, Esquire

Attorneys for Plaintiff/Counterclaim Defendant
LORENZ, INC.

| | | |
|---|---|---|
| 1 | Dated: October 4, 2006 | BAKER & HOSTETLER LLP |
| 2 | | |
| 3 | | *[signature]* |
| 4 | | Helen B. Kim, Esquire |
| 5 | | Attorneys for Defendant/Third Party Plaintiff SCHLUMBERGER DANYL, INC. |
| 6 | | |
| 7 | Dated: October 5, 2006 | LIGHTMAN, MANOCHI & CHRISTENSEN |
| 8 | | |
| 9 | | *[signature]* |
| 10 | | Glenn A. Manochi, Esquire |
| 11 | | Attorneys for Defendant/Counterclaim Plaintiff and Third Party Defendant EQUIPMENT SYSTEMS AND DEVICES, INC. |

57326, 00021, 501167627.1, Stipulation of Dismissal With Prejudice

IT IS SO ORDERED
DATED 10/16/06

*[signature]*
UNITED STATES DISTRICT JUDGE